IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **CATHERINE HINES,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.  05-CV-6330 |
| **JO ANNE B. BARNHART,** | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this _____ day of April 2007, upon careful review and independent consideration of the parties' cross-motions for summary judgment and the administrative record; and after careful review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo; and no objections having been filed, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation dated March 29, 2007, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (Doc. 8) is **GRANTED**;

3. Defendant Commissioner's Motion for Summary Judgment (Doc. 9) is **DENIED**;

4. The final decision of the Commissioner of Social Security is **REVERSED** and the case is **REMANDED** to the Commissioner for calculation of benefits; and

5. Upon remand, the Commissioner is directed to consider the assignment of a representative payee on Plaintiff's behalf.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**